**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 648 MAL 2021

Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

v.

LOVELLE KINON WEAVER,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.